IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ALEXANDER CORDERO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| v. ) | |
| ) | FILE No. 1:23-cv-03083-SDG |
| THE FRANVILLE CORPORATION,) | |
| ) | |
| Defendant. ) | |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Alexander Cordero and Defendant The Franville Corporation, by and through the undersigned counsel of record, hereby stipulate and agree that the instant matter be dismissed with prejudice, without an award of fees or costs to either party.

Dated: January 11, 2024.

Respectfully submitted,

/s/Craig J. Ehrlich
Craig J. Ehrlich
Georgia Bar No. 242240
The Law Office of Craig J. Ehrlich, LLC
1123 Zonolite Road, N.E., Suite 7-B
Atlanta, Georgia 30306
Tel: (404) 365-4460
Fax: (855) 415-2480
craig@ehrlichlawoffice.com

1

/s/M. Tyler Smith
M. Tyler Smith
Georgia Bar No. 661685
Smith, Gilliam, Williams & Miles, P.A.
P.O. Box 1098
Gainesville, Georgia 30503
Tel: (770) 536-3381
tsmith@sgwmfirm.com

## CERTIFICATE OF SERVICE

I certify that on January 11, 2024, I filed the within and foregoing Stipulation of Dismissal with Prejudice using the CM/ECF System for the federal District Court for the Northern District of Georgia, resulting in a true and correct copy of the same to be delivered via electronic mail to the following counsel of record:

M. Tyler Smith, Esq.
Smith, Gilliam, Williams & Miles, P.A.
P.O. Box 1098
Gainesville, Georgia 30503
tsmith@sgwmfirm.com

/s/Craig J. Ehrlich
Craig J. Ehrlich

# CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

The undersigned hereby certifies that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, using a font type of Times New Roman and a point size of 14.

/s/Craig J. Ehrlich
Craig J. Ehrlich